**DISMISS; and Opinion Filed December 11, 2017.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00526-CV

**TSM DEVELOPMENT, LLC AND KUN W. YU, Appellants**

**V.**

**AUTHENTIC CONTRACTING SOLUTIONS, LLC AND MITCH BREEDEN, Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-12211**

## MEMORANDUM OPINION

Before Justices Bridges, Myers, and Schenck
Opinion by Justice Schenck

Appellants' brief in this case is overdue. By postcard dated August 22, 2017, we notified appellants the time for filing their brief had expired. We directed appellants to file both appellants' brief and an extension motion within ten days. We cautioned appellants that failure to do so would result in the dismissal of this appeal. To date, appellants have not filed their brief, an extension motion, or otherwise corresponded with the Court regarding the status of their brief.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

170526F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TSM DEVELOPMENT, LLC AND KUN
W. YU, Appellants

No. 05-17-00526-CV     V.

AUTHENTIC CONTRACTING
SOLUTIONS, LLC AND MITCH
BREEDEN, Appellees

On Appeal from the 14th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-16-12211.
Opinion delivered by Justice Schenck.
Justices Bridges and Myers participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees AUTHENTIC CONTRACTING SOLUTIONS, LLC AND MITCH BREEDEN recover their costs of this appeal from appellants TSM DEVELOPMENT, LLC AND KUN W. YU.

Judgment entered this 11th day of December, 2017.